## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ONYEBUCHIM ONYEANUSI,

*Plaintiff*,

v.

KATS, JAMISON & ASSOCIATES,

*Defendant*.

CIVIL ACTION
NO. 19-01875

## <u>ORDER</u>

**AND NOW**, this 27th day of November 2019, because Plaintiff Onyebuchim Onyeanusi has not filed a response to Defendant's Motions to Dismiss (ECF No. 9) as directed by the Court's Orders entered on September 23, 2019, (ECF No. 10) and November 6, 2019, (ECF No. 11), it is **ORDERED** that this action is **DISMISSED with prejudice** for failure to prosecute. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.